UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARFIELD D. BENTLEY,

                Petitioner,                     **ORDER**

    -against-                              22 Civ. 3818 (PMH)(JCM)

SUPERINTENDENT, GREEN HAVEN
CORR. FAC.,

                Respondent.
-----------------------------------------------------------X

        On June 6, 2022, the Honorable Philip M. Halpern issued an Order to Answer directing Respondent to file "(1) an answer, motion, or other response to the petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts" within sixty days of the date of the order. (Docket No. 6). To date, Respondent has not answered or otherwise moved with respect to the Petition.

        Therefore, by September 19, 2022, Respondent is directed to (1) explain why he has failed to adhere to the Court's Order, and (2) respond to the Petition.

Dated:   September 9, 2022
            White Plains, New York

                                            **SO ORDERED:**

                                            JUDITH C. McCARTHY
                                            United States Magistrate Judge